U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08CR452

UNITED STATES OF AMERICA

V.

BRIAN BARSS, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRIAN BARSS, DEFENDANT

| NAME (Type or print) |
| --- |
| WILLIAM J. KOPENY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ W. *[signature]* |
| FIRM |
| William J. Kopeny & Associates |
| STREET ADDRESS |
| 16485 Laguna Canyon Road, Suite 230 |
| CITY/STATE/ZIP |
| IRVINE, CA 92618 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 949-453-2243 & 949-433-9688 (CELL) |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ✓      APPOINTED COUNSEL ☐ |

WILLIAM J. KOPENY
16485 Laguna Canyon Road, Ste. 230
Irvine, California 92653
Telephone: 949-453-2243
Facsimile: 949-453-2820
Attorney for Defendant // BRIAN BARSS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR452 |
| | ) | |
| Plaintiff, | ) | (U.S. Dist. Judge Kendall) |
| v. | ) | (U.S. Mag. Judge Mason) |
| | ) | |
| BOBBIE BROWN, JR., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

DESIGNATION OF LOCAL COUNSEL

Defendant, BRIAN BARSS, through retained counsel of record, William J. Kopeny, hereby designates pursuant to Local Rule 83.15, local counsel:

Patrick J. Cotter, Esq.
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606-3910
Telephone: 312-876-6908; Facsimile: 312-876-7348

Date: July 8, 2008                                      Respectfully submitted,

                                                        WILLIAM J. KOPENY & ASSOCIATES

                                                        _____
                                                        WILLIAM J. KOPENY
                                                        Counsel of Record for Defendant
                                                        BRIAN BARSS