# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 452 - 6 | **DATE** | 7/14/2008 |
| **CASE TITLE** | USA vs. BRIAN BARSS | | |

**DOCKET ENTRY TEXT**

Pretrial Services request to modify the terms of bond is granted. It is hereby ordered that defendant shall report to Pretrial Services as directed and shall submit to drug treatment as directed by Pretrial Services.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|